Person. WILLIAM SILVERMAN, HELEN SILVERSTEIN and HARRY SILVERMAN, Respondents; ALBERT SILVERMAN and RUTH SILVERMAN, Appellants. (Appeal No. 1.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. (See *Matter of Frank*, 250 App. Div. 756; *Matter of Grau*, 205 id. 893.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [Order for examination by psychiatrist.]

In the Matter of the Application for the Appointment of a Committee for the Person and Estate of SAMUEL A. SILVERMAN, Appellant, an Alleged Incompetent Person. WILLIAM SILVERMAN, HELEN SILVERSTEIN and HARRY SILVERMAN, Respondents; ALBERT SILVERMAN and RUTH SILVERMAN, Appellants. (Appeal No. 2.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [Order requiring examination and inventory of safe deposit box by special guardian.]

In the Matter of the Application of JOHN F. BIRCH, Appellant, for an Order against IRVING V. A. HUIE, Commissioner of Public Works of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [169 Misc. 1011.]

PHILIP R. WAGENHEIM and MARGARET G. DAVIS, as Executors, etc., Respondents, v. THE HOME LIFE INSURANCE COMPANY, Appellant. (Appeal No. 1.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

PHILIP R. WAGENHEIM and MARGARET G. DAVIS, as Executors, etc., Respondents, v. THE HOME LIFE INSURANCE COMPANY, Appellant. (Appeal No. 2.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

PACE PRESS, INC., Respondent, v. MILPRINT, INC., Appellant.— Order unanimously modified by striking out so much of paragraph ninth of the complaint as is objected to in subdivision 4 of item VII of the notice of motion, and as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GEORGE LAMBERT, Appellant, v. JAMES W. HUTTON and Others, Defendants, Impleaded with BERNARD E. SMITH and THOMAS E. BRAGG, Respondents, Copartners, etc.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

HAGOP KEVORKIAN, Respondent, v. HOWARD C. HIRSCH, F. JULIAN KLEEMAN, PAUL L. KOHNS, Copartners, etc., Appellants, Impleaded with Others, Defendants. — Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM VASILAKOS, Respondent, v. MAE CLIFTON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY B. NICHOLS and GEORGE NICHOLS, as Trustees under the Last Will and Testament of JOHN W. T. NICHOLS, Deceased, Respondents, v. WILLIAM STANLEY MILLER and Others, as Commis-